## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| OFFICE OF THE DISTRICT ATTORNEY OF PHILADELPHIA, | : | No. 196 EAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| RYAN BAGWELL, | : | |
| | : | |
| Respondent | : | |
| OFFICE OF THE DISTRICT ATTORNEY OF PHILADELPHIA, | : | No. 197 EAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| RYAN BAGWELL, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.